Sitar Bhatt, State Bar Number 029622
sbhatt@tysonmendes.com
**TYSON & MENDES, LLP**
7910 East Thompson Peak Parkway, Suite 101
Scottsdale, Arizona 85255
Telephone: (480) 571-5031
Facsimile: (480) 245-5424
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DollarDays International, Inc., | No. |
| Plaintiff, | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| KY Closeouts, LLC, | |
| Defendant. | |

This Corporate Disclosure Statement is filed on behalf of defendant KY Closeouts, LLC in compliance with the provisions of:

<u> X </u>   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

___   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

___   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**TYSON & MENDES, LLP**

**The filing party hereby declares as follows:**

_X_   No such corporation.

___   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____Relationship_____

___   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

___   Other (please explain).

**Supplemental disclosure statement will be filed upon any change in the information provided herein**.

DATED this 22nd day of December, 2020.

                          TYSON & MENDES, LLP

                          By: */s/ Sitar Bhatt*_____
                                Sitar Bhatt
                                *Attorneys for Defendant*

**TYSON & MENDES, LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Richard H. Herold
Jessica A. Gale
SPENCER FANE LLP
2415 E. Camelback Rd., Ste. 600
Phoenix, AZ 85016
rherold@spencerfane.com
jgale@spencerfane.com
*Attorney for Plaintiff*

By: */s/ Mersadies Alvarado*