1  Name        _____
2  Bar #       _____
3  Firm        _____
   Address     _____
4              _____
5              _____
   Telephone   _____
6

7              IN THE UNITED STATES DISTRICT COURT
8                 FOR THE DISTRICT OF ARIZONA
9

10                                      )
11                                      )
                                         )
12       Plaintiff,                      )
                                         )   **Case No.**
13       vs.                             )
                                         )   **Corporate Disclosure Statement**
14                                       )
                                         )
15       Defendant.                      )
                                         )
16  _____)

17

18      This Corporate Disclosure Statement is filed on behalf of _____
    in compliance with the provisions of: *(check one)*
19
            ____  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20                action in a district court must file a statement that identifies any parent corporation
21                and any publicly held corporation that owns 10% or more of its stock or states that
                  there is no such corporation.
22
            ____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23                party to a proceeding in a district court must file a statement that identifies any
                  parent corporation and any publicly held corporation that owns 10% or more of its
24                stock or states that there is no such corporation.
25
            ____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26                alleged criminal activity is a corporation the government must file a statement
27                identifying the victim and the statement must also disclose the information required
                  by Rule 12.4(a)(1).
28

Case 2:20-cv-02457-JJT   Document 4   Filed 12/22/20   Page 2 of 2

**The filing party hereby declares as follows:**

____ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

_____ Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____
Counsel of Record

Certificate of Service:

- 2 -