1  Name         _____
2  Bar #        _____
   Firm         _____
3  Address      _____
4               _____
5               _____
   Telephone    _____
6

7               IN THE UNITED STATES DISTRICT COURT
8                    FOR THE DISTRICT OF ARIZONA
9

10                                      )
11                                      )
                                         )
12          Plaintiff,                   )
                                         )   **Case No.**
13       vs.                             )
                                         )   **Corporate Disclosure Statement**
14                                       )
                                         )
15          Defendant.                   )
                                         )
16  _____)

17

18      This Corporate Disclosure Statement is filed on behalf of _____
    in compliance with the provisions of: *(check one)*
19
            ____   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20                 action in a district court must file a statement that identifies any parent corporation
21                 and any publicly held corporation that owns 10% or more of its stock or states that
                   there is no such corporation.
22
            ____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23                 party to a proceeding in a district court must file a statement that identifies any
                   parent corporation and any publicly held corporation that owns 10% or more of its
24                 stock or states that there is no such corporation.
25          ____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26                 alleged criminal activity is a corporation the government must file a statement
                   identifying the victim and the statement must also disclose the information required
27                 by Rule 12.4(a)(1).
28

**The filing party hereby declares as follows:**

____   No such corporation.

____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

____   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

_____   Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

                                         _____
                                            Counsel of Record

Certificate of Service: