Sitar Bhatt, State Bar Number 029622
sbhatt@tysonmendes.com
**TYSON & MENDES, LLP**
7910 East Thompson Peak Parkway, Suite 101
Scottsdale, Arizona 85255
Telephone: (480) 571-5031
Facsimile:  (480) 245-5424
*Attorneys for Defendant*

Kalpana Nagampalli, Esq. (*Pro Hac Vice*)
kalpana@kakarlaw.net
**KAKAR, P.C.**
525 Seventh Avenue, Suite 1810
New York, New York 10118
Telephone: (212) 704-2014
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DollarDays International, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> KY Closeouts, LLC, <br><br> Defendant. <br><br> KY Closeouts, LLC, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> Just Being, Liquidators, LLC, <br><br> Third-Party Defendant. | No. 2:20-cv-2457-JJT <br><br> **DEFENDANT THIRD-PARTY PLAINTIFF KY CLOSEOUTS, LLC's MOTION FOR LEAVE TO AMEND SUMMONS AND REISSUE AMENDED SUMMONS** |

Pursuant to Rule 4(a)(2), Defendant/Third-Party Plaintiff KY Closeouts, LLC, respectfully moves this Court to amend the "Summons on a Third-Party Complaint" issued to

**TYSON & MENDES, LLP**

Third-Party Defendants Sirzan, Inc. and Just Being Liquidators, LLC, to correct the Third-Party Plaintiff's name.

Defendant/Third-Party Plaintiff KY Closeouts inadvertently named Third-Party Defendants Just Being Liquidators and Sirzan as Defendants on the third-party summons. Defendant/Third-Party Plaintiff KY Closeouts seeks to amend the Summons on a Third-Party Complaint issued to Just Being Liquidators and Sirzan to correct this inadvertent mistake.

Defendant/Third-Party Plaintiff KY Closeouts has attached Amended Summonses for the Court's review and reissuance by the Clerk.

DATED this 8th day of January, 2021.

        TYSON & MENDES, LLP

        By: */s/ Sitar Bhatt*
            Sitar Bhatt
            *Attorneys for Defendant*

        KAKAR, P.C.

        By: */s/ Kalpana Nagampalli (w/ permission)*
            Kalpana Nagampalli
            *Attorney for Defendant*

**Tyson & Mendes, LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Richard H. Herold
Jessica A. Gale
SPENCER FANE LLP
2415 E. Camelback Rd., Ste. 600
Phoenix, AZ 85016
rherold@spencerfane.com
jgale@spencerfane.com
*Attorney for Plaintiff*

By: */s/ Mersadies Alvarado*

3